IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**'19 - CV - 02421**

Civil Action No. _____
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 AUG 26 PM 4:17
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

**Kare Stewart Short**_____, Plaintiff

v.

**Galitz Transportation, Inc.**_____,

**Franklin John Galitz III**_____,

**Kelly Joe Galitz**_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

### EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Karen Stewart Short 2500 East Harmony Road Lot 439 Fort Collins Colorado 80528
(Name and complete mailing address)

970.361.4636 - kshort0531@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Galitz Transportation, Inc, 4700 York Street Dacono CO 80514
(Name and complete mailing address)
303-666-7156 - galitztransportation@galitztrans.com
(Telephone number and e-mail address if known)

Defendant 2: Franklin John Galitz, PO Box 636 Lafayette, CO 80026
(Name and complete mailing address)
303-944-2056 - jgalitz@galitztrans.com
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__ Other: *(please specify)* ERISA, Equal Pay Act, FLSA, CWPA, Personal Injury

2

B : Defendant(s) Information

Kelly Joe Galitz
4689 Wildgrass Place
Dacono, CO 80514
(303) 944-2057
kgalitz@galitztrans.com

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **Sex Discrimination**

The conduct complained of in this claim involves the following: (*check all that apply*)

- ___ failure to hire
- **X** failure to promote
- **X** termination of employment
- **X** different terms and conditions of employment
- ___ failure to accommodate disability
- **X** retaliation
- ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- ___ race
- ___ color
- ___ religion
- **X** sex
- ___ national origin
- ___ disability
- ___ age

Supporting facts:
See Attached

3

D: Statement of Claims

Claim 1: Sex Discrimination

Franklin John Galitz III and Kelly Joe Galitz failed to promote me based on my sex and position at the company. John Galitz making statements such as "you cost me money, you do not make me money". Male employees were reimbursed expenses and given privileges and benefits that I as an office worker and female employee was not. Male employees were provided company vehicles or reimbursed fuel expenses. I used my own personal vehicle and paid for fuel on company business the first 1.5 years of my employment. I was allowed a fuel account after about 1.5 years of employment, being told, and "You better not let me down" "I am helping you out". It was not a reimbursable expense it was a favor. Mr. Galitz has been resistant to cooperating with me in attempting to settle this out of court, not providing me with the statements from Fredrick's Travel Center as requested upon termination date 4/9/2018.
Male employees were either given a company phone, or reimbursed the costs but I was ignored and not allowed the expense reimbursement but was called and texted at any given time 24/7/365. Male employees were given benefits that were listed in the employee handbook dated January 2017 but I was retaliated against for asking for them and denied the benefits that he claimed to be provided to all employees in his handbook. He hid behind having less than 50 employees for FMLA when asked to use it in the case of the imminent death of my husband but used it as a hiring tactic. Male employees if sick or had a sick family member, were allowed the time off without being constantly called or retaliation. Male employees were given their own office spaces. I was put into tiny spaces and after he violated FLSA and CWPA making me salaried, hired high school students and others that were unfamiliar with the industry in the space with me to answer the phone so he could claim that I supervised them when I did not to avoid overtime. At my expense, I purchased bookshelves and other office required supplies to not be reimbursed while the male employees that were primarily in the field all day had everything they needed provided. To this day, my personal property has not been returned as he stated he would via email send to me UPS and has not. These items include a notary that is now expired, my husband's medical records, deed to family land, paystubs, office appliances and office furniture, and other personal items. I was never reimbursed. Male employees were given jackets, hats etc. with myself being told, "We do not have any in pink". A male co-worker gave me a jacket in a snowstorm to walk to the mailbox one day and John Galitz became infuriated telling me to give it back. Company Functions I was not allowed to bring my husband I only would receive one ticket or invitation to any function. John Galitz stating it was "Immediate family only". Not all other employees were required for it to be immediate family, they were allowed to request the number of tickets they needed. John Galitz, slandering my significant other that he met once for 15 seconds at most, resulted in my not speaking of my personal relationship at work even when I married. John Galitz more often than not put unrealistic demands on me and would become hostile if those demands were not met. Mr. Galitz refused to pay me but minimum overtime only in emergency situations/ when business was at its peak, but all other hourly employees working 50-70 hours per week were given overtime but I was expected to just keep up with the workload that 20 plus drivers, three supervisors, two owners, and up to 50-75 leased truck owners generated daily on 40-45 hours per week. John and Kelly Galitz violated FLSA and CWPA

changing my title from "office help" to "office manager" ignoring the requirements of I was non decision making and did not supervise 2 people minimum of the wage order forced me salaried stating "they were bringing me over to their side" "I better not let them down" and immediately I was forced into 55 hours a week in the office and working through remote connection from home another 15 hours a week minimum. All other non- exempt employee's were-allowed overtime. They illegally made me exempt due to my position and my sex. "I cost them money the drivers made them money". They increased my pay from $17.00 per hour in 2016 to $42,000 per year and no less than 70 hours per week. This reduced my pay to $11. 53 per hour. When I addressed this pay decrease for my stellar performance, John Galitz stated many times "I do not give a **** what you want, today I am a democrat meaning I can get away with whatever I want to get away with it. He failed to promote me to a wage that was comparable to the performance that I provided. He instead increased his own salary when taking mine. He did this because I did not matter, I was the help, and I was a woman non - truck driver. He was verbally, mentally and emotionally abusive. I was the only office worker with the exception of the high school students, a grandson that was 15, a niece , and a few others that came and quickly left , they were there only to pose as a subordinates of mine to avoid my overtime pay until August of 2017. In addition, these employees provided me with no assistance but only occasionally when John Galitz did not need them doing something for him. Those he did hire we denied access to provide me help.

I was treated entirely differently, differently because I was a woman, a woman that he could not date and wanted to, an office worker, and lesser in importance than all other staff. But, without me he had no cash flow and often stated it would take three employees to replace me. This is when he leveraged my elderly sick parents and dying husband against me in order to make me tolerate the abuse I was subjected to.

CLAIM TWO: **American Disabilities Act**

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_ failure to hire      \_\_\_ different terms and conditions of employment

    \_\_\_ failure to promote      **XX** failure to accommodate disability

    \_\_\_ termination of employment      **X** retaliation

    \_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    \_\_\_ race      \_\_\_ religion      \_\_\_ national origin      \_\_\_ age

    \_\_\_ color      **X** sex      **X** disability

Supporting facts:

See Attached

Click Here for Additional Claim

Claim 2:   American Disabilities Act

My husband was diagnosed with Cancer on April 4 2017. Although less than 50 employees Mr. Galitz offered FMLA in his company handbook as well as medical leave. I secured my husband an appointment at the Mayo Clinic they were having success with his cancer type. John Galitz told me "you will not go" "he will go alone" "we are going on vacation that week". I went with my dying husband to Mayo Clinic. They were informed of my going, refused my phone calls, emails or texts from Mayo Clinic stating they were out of range when I returned from Mayo. They were not out of range to make the electronic wire transfers for payroll or to speak to any other employees. Only me requesting FMLA for we had been told he would indeed pass away I got him there too late. Had I been properly paid, according to the law, I would have gotten him there in time. Upon return, I met hostility to "you did not tell us you were married". "You will work remotely and in the office as normal and we will pay you" "if you push for this we will fire you and with no insurance he will die sooner"

After my husband's passing my physician placed me on medical leave for extreme exhaustion and other health issues, after sleeping at most 5-7 hours a week as a caregiver to my husband and to keep the Galitz cash flow in its normal place. My physician issued two statements to Mr. Galitz stating medical leave and both were denied, with the statement "if you are fired, how will your parents get their medication" " If you push for this I will lay you off" "you will continue to work".

I worked around my procedures, was even called in recovery of one procedure, and was working remotely from home within 30 minutes of arriving home from an outpatient procedure.

I told Mr. Galitz that I was falling asleep driving that I had not slept, I was in pain when it was demanded I return to the office instead of recovering the following day. He brought his camper to the office and told me if I needed to rest go rest.

My mother passed away, my best friend of 34 years, brother in law and my husband along with my illnesses from exhaustion. I was never once, given one day that I was not called to do something. Only yelled at, intimidated, and literally made jokes about my situation to others and myself. Never once being issued condolences, never once asking anything other than "how much time are your working out of the office this ****** time"

My health, safety and well being along with the leveraging my love of my family against me to work me to death free was the most cruel and inhumane act anyone could ever commit to another human being.

He hired several women telling all of them they were there to replace me for never being at work. One in particular had an uncle pass away and he called me and told me to get her flowers on my way to work. Never once was I even extended a kind tone of voice after 3 years but an employee less than a month is treated with respect.

Claim 3:     ERISA

Mr. Galitz falsified my COBRA document post employment to prevent me from obtaining coverage post employment. This is the exact thing he threatened to do to my husband. Not one employee up until my last date of employment had ever even been offered COBRA.

Claim 4:	Equal Pay Act

I was the least paid person at the company. All non- exempt employees were allowed overtime. I was not. This was my actual classification. When I was misclassified as salaried at $42,000 per year, I remained the least paid person. All salaried employees made minimum $65,000 per year. All salaried employees were male.

Claim 5:        Fair Labor Standards Act

My position was misclassified as exempt. My title was changed only my duties did not change. I was over the salaried threshold of $23,600. I did not meet any other requirements to be made exempt. Mr. Galitz committed Wage Theft against me.

A USDOL investigation provided proof that I was non-exempt and forced Mr. Galitz to pay me a portion of my overtime that was miscalculated. Freedom of Information Act 1872784.

Claim 6:     Colorado Wage Protection Act

My position was misclassified as exempt. My title was changed only my duties did not change. I was over the salaried threshold of $23,600. I did not meet any other requirements to be made exempt. Mr. Galitz committed Wage Theft against me.

Due to Mr. Galitz being allowed to violate subpoenas and provide false documents on what he did submit and commit perjury in regards to an email that was post employment that was misinterpreted as me being rude when stating I would only return if the abuse stopped and that I not have to share an office with the woman had hired that had been threatening me at his request to get me too resign. I was not being rude I was being direct that I would not be abused anymore and wanted a contract. jI had just lost my entire family while sleeping and hour a day at most for five months while being abused and leveraged. I was being direct there was nothing left to leverage against me. I was denied unemployment.

Mr. Galitz was allowed to tell a different story in writing and only provide one witness that was not a family member, to each division investigating my claims.

My claims delayed in processing due to backlog at the wage and hour division my claim is just now in the hands of an investigator with the State of Colorado but my claim is over $7500 and can only a portion be investigated. This claim is ongoing currently.

Claim 7: Personal Injury

Due to my former employers Verbal, Mental, and Emotional Abuse along with the Economic Dominance that prevented me from getting my husband the care he needed sooner, and properly care for my parents when they all needed me the most; has caused trauma that has forever altered my life and my professional abilities.

The defamation of my character, integrity and professional abilities The Inhumane treatment and lack of regard for my life and the lives of my family leveraging my love and their well-being against me has changed me into a completely different person. He stole not only my wages that could have been lifesaving for my husband, he stole from me my mother's final words to me, time with my husband and my state of mind.

A once highly regarded and sought after professional woman with a background from NASA subcontracting in the logistics department to disaster recovery logistics across the USA (which brought me here), a woman that ran into the storm to help other people while others were being evacuated. I now suffer from single episode severe PTSD, ADD, and Severe Mental Depression. I have an inability to trust people and live in fear of going to work for another employer that would have the same opinion that money is more important that people. I live in fear of what a person's motive is, if they just say hello. My former employers destroyed my life.

He committed fraud in the unemployment hearing, he violated subpoenas, he committed perjury. The system has failed me to leave me on the door of homelessness. My family all passed on, unable to get employment due to slander and mental inabilities from their abuse.

Everything had to be sold to survive and not be homeless, and to feed myself.

I literally have not one thing left in this world because I had to spend it to fight them and to simply survive.

F:      Request for Relief

I respectfully request the court to award my lawfully earned wages due to me, and provide me with insurance coverage that was unlawfully withheld from me post employment. Along holding both John and Kelly Galitz accountable for the unlawful actions, they committed against the State of Colorado and me in regards to my employment when they committed fraud and perjury preventing me from getting unemployment. I request that the back unemployment that was denied based on the fraud and perjury be paid to me as well.

I respectfully request the amount of 10 million dollars for the personal injury they have caused me and for the physical, emotional and mental pain they caused my family as they were passing away not having me by their side. Using my family's well being as advantage is inhumane. These funds will be used not only to help me get my life back, but will be distributed to the remaining employees and subcontractors that Galitz Transportation, Inc. John Galitz and Kelly Galitz committed wage theft against. Personal and company money were mingled making John Galitz and Kelly Galitz personal assets to be included in this lawsuit.

I respectfully request that Mr. John and Kelly Galitz be required to retract the letter they sent out to their customer insinuating wrongdoing on my part causing damage to my stellar work career.

I respectfully request that Galitz Transportation, Inc. John Galitz and Kelly Galitz be thoroughly investigated, for the kickback scheme involving Noble Energy, Rick Sheid and Lynette Scheid. The proof is in ADP Payroll processing systems records. In addition an investigation regarding the falsification and double billing of their customers, the violation of the trust fund law, subcontractor law and for violation of the Davis Bacon Wage Act on federal projects, in an outside the City of Denver, for not increasing the wages of all of their drivers as required. They certified to the government that they did increase the wages, committing fraud. Finally, an investigation into the illegal dumping of drill cuttings putting the health and safety of Colorado citizens at risk.

I respectfully request that Galitz Transportation, Inc. and its owners be charged and sentenced with the many crimes they have committed against the State of Colorado, it Citizens, The Federal Government and all employees and subcontractors that have been personally and professionally harmed.


Respectfully,


Karen Stewart Short

E.  ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (***You must attach a copy of the administrative charge to this complaint***)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

☐ No

F.  REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

G.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Karen Stewart Shol*
(Plaintiff's signature)

8/26/19
(Date)

(Revised December 2017)

5



**COLORADO**
Department of
Regulatory Agencies

May 28, 2019

Karen Stewart (Short)
2500 East Harmony Road Lot 439
Fort Collins, CO 80528

Charge Number: FE2018542024; Karen Stewart v. Galitz Transportation, Inc.

Dear Karen Stewart (Short):

This letter is to inform you that the Colorado Civil Rights Commission has reviewed your appeal. The Commission has determined that there is insufficient basis to warrant further action and has affirmed the director's decision of no probable cause.

If your case was an employment discrimination matter, dual filed with the Equal Employment Opportunity Commission (EEOC), you have the right to request a substantial weight review of your file by the EEOC. A form was included in an earlier mailing to you that provides complete instruction on how to obtain this review by the EEOC.

If you wish to file a civil action in a district court in this state, which action is based on the alleged discriminatory or unfair practice that was the subject of the charge filed with the Commission, you need to file within 90 days of the date of this mailing pursuant to CRS 24-34-306(2)(b)(I)(B & C).

Pursuant to CRS 24-34-306 (2) (b) (I) if you as the Charging Party do not file such an action within the time limits specified above, such action will be barred and no State District Court shall have jurisdiction to hear such action.

On behalf of the Commission,

*Aubrey Elenis*

Aubrey L. Elenis, Esq.
Director

cc: Galitz Transportation, Kelly Galitz



EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Karen Stewart<br>2500 East Harmony Road, Lot 439<br>Fort Collins, CO 80528 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| 32A-2018-00423 | State & Local L. Program,<br>State & Local Coordinator | (602) 640-5053 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*      July 22, 2019

**Elizabeth Cadle,**
**District Director**

Enclosures(s)      *(Date Mailed)*

cc:

GALITZ TRANSPORTATION INC.
4700 York Street
Dacono, CO 80514

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*