IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02421-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

KARE STEWART SHORT,

    Plaintiff,

v.

GALITZ TRANSPORTATION, INC.,
FRANKLIN JOHN GALITZ III, and
KELLY JOE GALITZ,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Kare Stewart Short currently resides in Fort Collins, Colorado. On August 26, 2019, Plaintiff initiated this action by filing *pro se* an Employment Discrimination Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2)[1]. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Complaint or Petition**:
(1) __ is not submitted
(2) __ is not on proper form
(3) __ is missing an original signature by the Plaintiff

---

[1] "(ECF No. __)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

(4) __     is incomplete
(5) __     uses et al. instead of listing all parties in caption
(6) __     names in caption do not match names in text of Complaint
(7) __     addresses must be provided for all defendants
(8) _X_    other: <u>Plaintiff fails to attach a copy of the EEOC administrative charge of discrimination to the complaint as required in Section E.</u>

Plaintiff is strongly encouraged to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff must submit an Employment Discrimination Complaint form with all sections of the form completed and which also attaches to it a copy of the administrative charge and a copy of the notice of right to sue as required by Section E of the form. The three documents – (1) a signed, dated, and fully completed Employment Discrimination Complaint form, (2) a copy of the administrative charge document, and (3) a copy of the notice of right to sue document – must all be submitted together as one document.  If Plaintiff is unable to attach a copy of the administrative charge, such inability to attach the administrative charge must be explained in sufficient detail.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.  The dismissal may be without prejudice.  However, Plaintiff is warned that, even if the action is dismissed without prejudice, the dismissal may act as a

dismissal with prejudice if the time for filing expires.  *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013).  Pursuant to 42 U.S.C. § 2000e-5(f)(1), a claimant has ninety days to file a civil action after receiving a notice of right to sue.

DATED August 28, 2019, at Grand Junction, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge